511

FLORENCE MORTON, PLAINTIFF-RESPONDENT, v. PIETRO CUTTONARO, *ET AL.*, DEFENDANTS-PETITIONERS, AND JOSEPH L. STRATTON, IND., *ET AL.*, DEFENDANTS-RE-SPONDENTS.

*Messrs. Mirne, Nowels, Tumen, Fundler, Cornblatt & Magee* and *Mr. Michael B. Kirschner* for the petitioners.

*Mr. Thomas F. Shebell, Mr. Peter Shebell, Jr.,* and *Messrs. Carton, Nary, Witt & Arvanitis* for the respondents.

September 15, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOSEPH DEL NOBILE, DEFENDANT-PETITIONER.

*Messrs. Winne & Banta* and *Mr. John Dolan Harrington* for the petitioner.

*Mr. Guy Wm. Calissi* and *Mr. Harold N. Springstead* for the respondent.

September 15, 1969. Denied.

ROBERT BERKOWITZ, PLAINTIFF-RESPONDENT, v. REINE BERKOWITZ, n/k/a REINE GOODMAN, DEFENDANT-PETITIONER.

*Mr. Sidney Krieger* for the petitioner.

*Messrs. Charles M.* and *Alan M. Grosman* for the respondent.

September 15, 1969. Granted.